

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00281-CV

_____

KATHRYN SNYDER, Appellant

V.

MANUEL ROBLES, INDIV. & D/B/A ROBLES & SONS PLUMBING, Appellee

---

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-344456-23

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On July 22, 2024 and August 5, 2024, we notified appellant that the trial-court clerk responsible for preparing the record in this appeal had informed us that appellant had not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because appellant has not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: September 5, 2024